A90A1553. HOSPITAL AUTHORITY OF FULTON COUNTY v. LITTERILLA.

A90A1814. HOSPITAL AUTHORITY OF FULTON COUNTY v. HYDE et al.

(418 SE2d 391)

SOGNIER, Chief Judge.

In *Litterilla v. Hosp. Auth. of Fulton County*, 262 Ga. 34 (413 SE2d 718) (1992), the Supreme Court reversed the judgment of this court in *Hospital Auth. of Fulton County v. Litterilla*, 199 Ga. App. 345 (404 SE2d 796) (1991). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgments affirmed. McMurray, P. J., Birdsong, P. J., Carley, P. J., Pope, Beasley, Cooper, Andrews and Johnson, JJ., concur.*

DECIDED APRIL 13, 1992.

*Powell, Goldstein, Frazer & Murphy, James D. Meadows, Randall L. Hughes, Adrienne E. Marting, Love & Willingham, Daryll Love, Hezekiah Sistrunk*, for appellants (case no. A90A1553).

*Davis, Gregory & Christy, Hardy Gregory, Jr., William Q. Bird*, for appellee.

*Powell, Goldstein, Frazer & Murphy, James D. Meadows, Randall L. Hughes, Adrienne E. Marting, Sullivan, Hall, Booth & Smith, Rush S. Smith, Jr.*, for appellants (case no. A90A1814).

*England, Weaver & Kytle, J. Melvin England, James W. Kytle*, for appellees.